IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case No.: 5:23-cv-00030

| | |
|---|---|
| ALISON SCHULTZ, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PLANET AUTOMOTIVE GROUP, LLC, | ) ) |
| | ) **NOTICE OF APPEARANCE** |
| Serve registered agent at: 425 Bay Harbour Road Mooresville, North Carolina 28117 | ) ) ) ) |
| Defendant. | ) |

I, Craig Shapiro, enter my appearance on behalf of Plaintiff Alison Schultz.

March 3, 2023

                                              **SHAPIRO LAW OFFICE, PLLC**

                                              */s/ Craig Shapiro*
                                              Craig Shapiro, NC Bar Number: 48887
                                              644 Holly Springs Road, Suite 195
                                              Holly Springs, North Carolina 27540
                                              Telephone: (919) 480-8885
                                              craig@shapirolawofficepllc.com

                                              *Counsel for Plaintiff*