UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:23-cv-00030-KDB-SCR

ALISON SCHULTZ,  )
)
Plaintiff,  )
)
vs.  )   MOTION FOR ADMISSION
)   *PRO HAC VICE*
PLANET AUTOMOTIVE GROUP, LLC,  )   and AFFIDAVIT
)
Defendant.  )
)
)

NOW COMES Craig M. Shapiro ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Christopher E. Roberts ("Applicant"), who seeks permission to represent Plaintiff Alison Schultz ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is the State of Missouri.

2. Applicant practices under the name of or as a member of the following firm:

Firm Name: BUTSCH ROBERTS & ASSOCIATES LLC
Mailing Address: 231 S. Bemiston Avenue, Suite 260
City / State / Zip: Clayton, Missouri 63105
Telephone Number: (314) 863-5700   Facsimile Number: (314) 863-5711
Email Address (required): croberts@butschroberts.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
See attached list
_____.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* ▼ oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

2

By signing this Motion, we so certify.

This, the  1st  day of  May , 20 23 .

/s/ Craig M. Shapiro                                    Christopher E. Roberts
Local Counsel                                                  Applicant

| | |
|---|---|
| Attorney Name | Craig M. Shapiro |
| Bar Number | 48887 |
| Firm Name | Shapiro Law Office, PLLC |
| Firm Address | 644 Holly Springs Road, Suite 195 |
| Firm City / State / Zip | Holly Springs   NC   27540 |
| Telephone Number | 919.480.8885 |
| Fax Number | |
| Email Address | craig@shapirolawofficepllc.com |

3

## Admissions

| | |
|---|---|
| State of Missouri | 2009 |
| State of Kansas | 2010 |
| State of Illinois | 2010 |
| Eighth Circuit Court of Appeals | 2011 |
| Ninth Circuit Court of Appeals | 2022 |
| Tenth Circuit Court of Appeals | 2020 |
| Eastern District of Missouri | 2011 |
| Western District of Missouri | 2020 |
| Northern District of Illinois | 2012 |
| Southern District of Illinois | 2013 |
| District of Kansas | 2019 |
| Eastern District of Michigan | 2020 |
| Southern District of Texas | 2021 |
| Northern District of Texas | 2022 |

## CERTIFICATE OF SERVICE

I, Craig Shapiro, certify that on May 1, 2023, a copy of the foregoing Motion for Admission *Pro Hac Vice* and Affidavit was filed electronically in accordance with the local rules and was therefore served electronically on those that have properly registered for such electronic service as follows:

>Elizabeth Vennum
>Hull & Chandler
>1001 Morehead Square Drive Suite 450
>Charlotte, NC 28203
>lvennum@lawyercarolina.com
>
>*Counsel for Defendant*

May 1, 2023                                /s/ Craig Shapiro
                                           Craig Shapiro