# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Case No.

Alison Schultz, individually, and on behalf of all others similarly situated )
)
**Plaintiff(s),** )
**v.** )
Planet Automotive Group, LLC )
)
**Defendant(s).** )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
## WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form need be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual nongovernmental parties as well as nongovernmental corporate parties. Counsel have a continuing duty to update this information. Please file an original and one copy of this form, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

**Planet Automotive Group** who is **Defendant**
*(Name of Party)*      *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   Yes     **No**

2. Does party have any parent corporations?
   Yes     **No**

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   Yes     **No**

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   Yes     **No**

   If yes, identify entity and nature of interest:

s/ Elizabeth Vennum      05/09/2023
**Signature**      **Date**