FILED ELECTRONICALLY
CATAWBA COUNTY NC
DONNA HICKS SPENCER
========================
FILED       Feb 08, 2019
AT          03:02:00 PM
BOOK              03491
START PAGE         1595
END PAGE           1595
INSTRUMENT #      02139
EXCISE TAX        $0.00

Prepared by ~~and mail after recording to~~ Henry B. Mangum, Jr., Davis Mangum, PLLC, 701 Green Valley Road, Suite 212, Greensboro, NC 27408 - 7096

MAIL TO: Kirk Palmer & Thigpen 1300 Baxter St., Ste. 300, Charlotte, NC 28204

### ASSUMED BUSINESS NAME CERTIFICATE (N.C.Gen.Stat. §66-71.5)

1. The assumed business name is: <u>PLANET MITSUBISHI HICKORY</u> (a maximum of five (5) names may be included).

2. The real name of the person or entity engaging in business under the assumed business name is: <u>PLANET AUTOMOTIVE GROUP HICKORY LLC</u> (SOSID number is 1770915) (corporations, LLC's, limited partnerships and limited liability partnerships must provide the exact name registered with the NC Secretary of State's office and the SOSID number assigned at the time of formation).

3. The nature/type of the business is: <u>car dealership</u>.

4. The street address of the principal place of business is: <u>1775 Catawba Valley Boulevard SE, Hickory, NC 28602</u>.

5. The mailing address, if different from the street address, is: <u>P.O. Box 5593, Mooresville, NC 28117.</u>

6. The counties in North Carolina where the assumed business name will be used to engage in business are: <u>Mecklenburg County and Catawba County</u> (option to enter "all 100 NC counties if applicable or, otherwise, as many counties as are desired).

THIS ASSUMED NAME BUSINESS CERTIFICATE is signed by the legal representative of the person or entity named above this __8__ day of __February__, 20 _19_.

Signature: _Laura C. Felfel_

Printed Name and Title: <u>Laura C. Felfel, Manager of Planet Automotive Group Hickory LLC</u>

Assumed Business Name Certificate         Page 1 of 1

Submitted electronically by "Kirk Palmer & Thigpen"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Catawba County Register of Deeds.