# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ALISON SCHULTZ, individually, and on behalf of all others similarly situated,

    *Plaintiff*    )
    v.    )    Civil Action No. 5:23-CV-00030-KDB-SCR
    )

PLANET AUTOMOTIVE GROUP, LLC, and PLANET AUTOMOTIVE GROUP HICKORY, LLC,

    )
    )
    )
    )

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Planet Automotive Group Hickory, LLC
    c/o Helmi Felfel (Registered Agent for Planet Automotive Group Hickory, LLC)
    425 Bay Harbour Rd
    Mooresville NC 28117

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Craig Shapiro
    Shapiro Law Office, PLLC
    644 Holly Springs Road, Suite 195
    Holly Springs, North Carolina 27540

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/6/2023

*Katherine Hord Simon, Acting Clerk*
United States District Court

**Civil Action No.** 5:23-CV-00030-KDB-SCR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

- ❑ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

- ❑ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

- ❑ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

- ❑ **I returned the summons unexecuted because** _____; or

- ❑ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                                                              **Server's signature**

                                                                                 _____
                                                                                                             **Printed name and title**

                                                                                 _____
                                                                                                                **Server's address**

**Additional information regarding attempted service, etc:**