# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:23-CV-00030-KDB-SCR

| | |
|---|---|
| ALISON SCHULTZ, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>PLANET AUTOMOTIVE GROUP, LLC, )<br>et. al., )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on Defendants' "Motion to Dismiss" (Doc. No. 12) filed May 22, 2023. Plaintiff filed her "First Amended Class Action Complaint" (Doc. No. 13) on June 5, 2023.

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within 21 days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that leave to amend shall be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2).

Plaintiff filed her Amended Complaint within 21 days following receipt of Defendants' Motion to Dismiss. No Answer has been filed. Accordingly, the amendment is as a matter of course. Fed. R. Civ. P. 15(a)(1)(B).

It is well-settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. <u>Hall v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am.</u>, No. 3:10-CV-418-RJC-DSC, 2011 WL 4014315, at *1 (W.D.N.C. June 21, 2011); <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572-73 (4th Cir. 2001).

**IT IS THEREFORE ORDERED** that:

1. Defendants' "Motion to Dismiss" (Doc. No. 12) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth Bell.

**SO ORDERED**.

Signed: June 6, 2023

Susan C. Rodriguez
United States Magistrate Judge