# PROOF OF SERVICE

| | |
|---|---|
| State: | NORTH CAROLINA |
| Court: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT |
| County: | -- |
| Plaintiff/ Petitioner: | ALISON SCHULTZ, individually, and on behalf of all others similarly situated |
| Defendant/ Respondent: | PLANET AUTOMOTIVE GROUP, LLC, and PLANET AUTOMOTIVE GROUP HICKORY, LLC |
| Case Number: | 5:23-CV-00030-KDB-SCR |
| Index/Docket Number: | -- |

I, Scott Nazworth, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served Planet Automotive Group Hickory, LLC, c/o Helmi Felfel (Registered Agent) the Summons and Complaint, Electronic Case Opening Form, Stipulation to Consent to Magistrate Judge, Disclosure of Corporate Affiliation Form, Certification of Report of Rule 26(f) Conference, Standing Order Requiring an Initial Settlement Conference in Civil Cases Assigned to Judge Bell, and Certificate of Settlement Conference as follows:

| Serve/Non Serve Date: | 6/13/2023 | Person Served: | Helmi Felfel |
|---|---|---|---|
| Location of Serve: | Residence | Description: | (if served) |
| Manner of Service: | Personal | Age | 55-59 |
| Street Address: | 425 Bay Harbour Rd, Mooresville, NC 28117 | Hair Color | Gray |
| | | Sex | Male |
| | | Race | Middle Eastern |
| | | Height | 5'9"-6'0" |
| | | Weight | 160-180 lbs |
| | | Marital Status | Married |
| | | Military Status | No |
| | | Military Branch | |
| | | Active in Military? | |
| | | Other notable details | |

| Process Server | Scott Nazworth | | |
|---|---|---|---|
| Attempt Date | Attempt Time | Served? | Comments (home/vehicle description, talked to neighbors etc.) |
| 6/13/2023 | 7:36 PM | Yes | |

Signature of Process Server _____  Date 6-15-2023

Sworn and subscribed before me this 15th day of June, in the year of 2023, by Scott Nazworth
( ) Personally known or
(✓) Produced NCDL identification number 000087281174

State of NC  County of Mecklenburg  Signature of Notary Public _____

MICHAEL GORTNEY
Notary Public
Gaston Co., North Carolina
My Commission Expires Jan 21, 2026

Civil Action No. 5:23-CV-00030-KDB-SCR

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summon for (name of individual and title, if any) Planet Automotive Group Hickory, LLC, c/o Helmi Felser (Registered Agent)
was received by me on (date) 6-13-2023.

☑ I personally served the summons on the defendant at
(place) 425 Bay Harbour Rd Mooresville, NC 28117
on (date) 6-13-2023 7:36pm ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 6-15-2023

_____
Server's signature

Scott Nazworth Process Server
Printed name and title

101 Aiden Farm Ct Mt. Holly, NC 28120
Server's address

Additional information regarding attempted service, etc:

# INVOICE

**WENO**

Weno Process LLC
1115 Brighton Place
Charlotte, NC 28205
803-701-0004
orders@wenoprocess.com

**Bill To**
Heather Shaver
Butsch Roberts & Associates LLC

**Invoice Details**

| | |
|---|---|
| **Invoice #** | **8760.0** |
| Client Job Number | -- |
| Invoice Date | 06-15-23 |
| Due Date | 06-30-23 |

**Case Details**

| | |
|---|---|
| Case Name | ALISON SCHULTZ, individually, and on behalf of all others similarly situated v. PLANET AUTOMOTIVE GROUP, LLC, and PLANET AUTOMOTIVE GROUP HICKORY, LLC |

**Person/Entity to be Served**

| | |
|---|---|
| First and Last Name | Planet Automotive Group Hickory, LLC, c/o Helmi Felfel (Registered Agent) |
| Street Address | 425 Bay Harbour Rd |
| City | Mooresville |
| State | NC |
| Zip | 28117 |
| Serve/Not Serve Date | 6/13/2023 |

| Service Type | Amount |
|---|---|
| Routine | $115.00 |
| Additional Attempt(s) | $0.00 |
| Additional Charge(s) | $0.00 |
| | |
| Total: | $115.00 |
| Date Paid (if applicable) | |
| **Remaining:** | **$115** |

**Payments**

Zelle (preferred): tracy@wenoprocess.com <==please reference invoice number in memo field
or
Credit card: Available upon request
or
Check: Weno Process LLC, 1115 Brighton Place, Charlotte, NC 28205