IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:23-CV-00030

| | |
|---|---|
| ALISON SCHULTZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANET AUTOMOTIVE GROUP, LLC,<br><br>and<br><br>PLANET AUTOMOTIVE GROUP HICKORY, LLC,<br><br>Defendants. | **Notice of Appearance** |

PLEASE TAKE NOTICE that Elizabeth Vennum of the law firm Hull & Chandler, 1001 Morehead Square Drive, Suite 450 Charlotte, NC 28203 hereby files this Notice of Appearance as counsel for Defendant Planet Automotive Group Hickory, LLC.

This, the 19th day of June, 2023

               HULL & CHANDLER

By: */s/ Elizabeth Vennum*
   Elizabeth Vennnum
   N.C. State Bar No. 49747
   Counsel for Defendant
   Hull & Chandler
   1001 Morehead Square Drive, Suite 450
   Charlotte, NC 28203
   Tel. (704) 375-8488
   Fax (704) 375-8487
   lvennum@lawyercarolina.com

## Certificate of Service

      This is to certify that on this date the undersigned filed the foregoing **Notice of Appearance** using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Craig Shapiro | Christopher E. Roberts |
| Shapiro Law Office PLLC | Butsch Roberts & Associates |
| 644 Holly Springs Road, Suite 195 | 231 S. Bemiston Avenue, Suite 260 |
| Holly Springs, North Carolina 27540 | Clayton, Missouri 63105 |
| craig@shapirolawofficepllc.com | croberts@butschroberts.com |

This the 19th day of June, 2023.

                                             Hull & Chandler

                                   By:    */s/ Elizabeth Vennum*
                                                 Elizabeth Vennum