# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Statesville DIVISION
### CIVIL CASE NO. 5:23-CV-00030

| | |
|---|---|
| Alison Schultz, individually, and on behalf of all others similarly situated,<br>**Plaintiff(s),**<br><br>vs.<br><br>Planet Automotive Group, LLC and Planet Automotive Group Hickory, LLC,<br>**Defendant(s).** | **DESIGNATION OF MEDIATOR** |

Pursuant to the Pretrial Order and Case Management Plan entered July 5, 2023, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

Kenneth P. Carlson, Jr.
_____
_____

Respectfully submitted this 1st day of September, 2023.