**Civil Action No.** 5:23-cv-00030-KDB-SCR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Helm Technologies, LLC d/b/a Chatterspot

was received by me on *(date)* 11/20/23 .

☒ I personally served the summons on the defendant at *(place)* Cogency Global, Inc., 850 New Burton Rd, Dover, DE 19904 on *(date)* 11/21/23 at 2:45 p.m. ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* on *(date)* ; or

❏ I returned the summons unexecuted because ; or

❏ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $112.25 .

I declare under penalty of perjury that this information is true.

Date: 11/28/23

Server's signature *Phillip Johnson*

Printed name and title Phillip Johnson
Process Server

Server's address 49 Representative Ln, Dover, DE 19904

**Additional information regarding attempted service, etc:**