UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

ALLISON SCHULTZ, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.                                        Case No. 5:23-cv-00030-KDB-SCR

PLANET AUTOMOTIVE GROUP, LLC, *et al.*

    Defendants.

_____/

## APPEARANCE

**PLEASE TAKE NOTICE** that Christopher B. Clare of Clark Hill PLC has on this day entered his appearance as counsel in the above-captioned matter on behalf of Defendant Helm Technologies, LLC.

                Respectfully submitted,

                CLARK HILL PLC

                By:   */s/ Christopher B. Clare*
                        Christopher B. Clare (N.C. # 39582)
                        1001 Pennsylvania Ave. NW
                        Suite 1300 South
                        Washington, D.C. 20004
                        T: (202) 572-8671
                        F: (202) 572-8691
Dated: December 13, 2023     cclare@clarkhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2023, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

      *s/ Christopher B. Clare*