IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:23-CV-00030

| ALISON SCHULTZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANET AUTOMOTIVE GROUP, LLC, PLANET AUTOMOTIVE GROUP HICKORY LLC<br><br>and<br><br>HELM TECHNOLOGIES, LLC d/b/a CHATTERSPOT,<br><br>Defendants. | **Proposed Amended Scheduling Order** |
|---|---|

NOW COME Counsel for Plaintiff and Defendants, pursuant to the Court's November 15, 2023 text order, and respectfully submit the following Proposed Amended Scheduling Order.

| Event | Date |
|---|---|
| **Rule 26 Disclosures** | January 25, 2024 |
| **Plaintiff's Expert Report** | June 17, 2024 |
| **Defendants' Expert Reports** | July 17, 2024 |
| **Mediation Report** | May 15, 2024 |
| **Completion of Discovery** | August 15, 2024 |
| **Filing of Class Certification Motions** | March 15, 2024 |
| **Filing of Dispositive Motions** | September 1, 2024 |
| **Trial Term** | December 2, 2024 |

This, the 15ᵗʰ day of December, 2023

/s/ Christopher E. Roberts
Christopher E. Roberts
Butsch Roberts & Associates
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
croberts@butschroberts.com
*Counsel for Plaintiff*

Craig Shapiro
N.C. State Bar No. 48887
Shapiro Law Office PLLC
644 Holly Springs Road, Suite 195
Holly Springs, North Carolina 27540
craig@shapirolawofficepllc.com
Counsel for Plaintiff

/s/ Elizabeth Vennum
Elizabeth Vennnum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com
*Counsel for the Planet Automotive Defendants*

/s/ Christopher Bradley Clare
Christopher Bradley Clare
N.C. State Bar No. 39582
Clark Hill Plc
1001 Pennsylvania Ave. NW
Ste 1300 South
Washington, DC 20004
cclare@clarkhill.com
*Counsel for Defendant Helm Technologies LLC*

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Craig Shapiro
Shapiro Law Office PLLC
644 Holly Springs Road, Suite 195
Holly Springs, North Carolina 27540
craig@shapirolawofficepllc.com

Christopher E. Roberts
Butsch Roberts & Associates
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
croberts@butschroberts.com

Christopher Bradley Clare
Clark Hill Plc
1001 Pennsylvania Ave. NW
Ste 1300 South
Washington, DC 20004
cclare@clarkhill.com

This the 15th day of December, 2023.

Hull & Chandler

By: */s/ Elizabeth Vennum*
Elizabeth Vennum