IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ALISON SCHULTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CV-00030 |
| | ) |
| PLANET AUTOMOTIVE GROUP, LLC | ) |
| and PLANET AUTOMOTIVE GROUP | ) |
| HICKORY, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff hereby advises the Court that the parties have resolved this matter. Plaintiff requests that the matter be passed for settlement. Plaintiff anticipates filing a stipulation of dismissal of the case within in the 21 days.

**BUTSCH ROBERTS & ASSOCIATES LLC**

*/s/ Christopher E. Roberts*
Christopher E. Roberts (admitted *pro hac vice*)
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Butsch@ButschRoberts.com
CRoberts@ButschRoberts.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2024, I caused a true and correct copy of the foregoing notice to be served upon all persons and entities registered and authorized to receive such notice through the Court's Case Management Electronic Case Files (CM/ECF) system.

                                                */s/ Christopher E. Roberts*
                                                Christopher E. Roberts