UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

ALLISON SCHULTZ, individually, and
on behalf of all others similarly situated.,

      Plaintiff,

v.                                              Case No. 5:23-cv-00030-KDB-SCR

PLANET AUTOMOTIVE GROUP, LLC. *et al.*,

      Defendants.

_____/

## STIPULATION OF DISMISSAL OF PLAINTIFF'S
## SECOND AMENDED CLASS ACTION COMPLAINT

      Plaintiff Allison Schultz ("Plaintiff") and Defendants Planet Automotive Group, LLC, Planet Automotive Group Hickory, LLC, and Helm Technologies, LLC d/b/a Chatterspot ("Defendants"), in accordance with Federal Civil Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all individual claims in Plaintiff's Second Amended Class Action Complaint (ECF 27) with prejudice, with any potential claims of the putative class members being dismissed without prejudice and with each party to bear its own costs and expenses.

                                              Respectfully submitted,

                                              BUTSCH ROBERTS & ASSOCIATES, LLC

                                              By:    */s/ Christopher E. Roberts*
                                                        Christopher E. Roberts (admitted *pro hac*)
                                                        7777 Bonhomme Avenue
                                                        Suite 1300
                                                        Clayton, MO 63105
                                                        T: (314) 863-5700
                                                       croberts@butschroberts.com
                                                       Counsel for Plaintiff Allison Schultz

SHAPIRO LAW OFFICE, PLLC

By:    */s/ Craig Shapiro*
      Craig Shapiro (NC# 48887)
      644 Holly Springs Road
      Suite 195
      T: (919) 480-8885
      craig@shapirolawofficepllc.com
      Counsel for Plaintiff Allison Schultz


HULL & CHANDLER, P.A.

By:    */s/ Elizabeth Vennum (w/permission)*
      Elizabeth Vennum (N.C. # 49747)
      1009 East Boulevard
      Charlotte, NC 28203
      T: (704) 375-8488
      lvennum@lawyercarolina.com
      Counsel for Planet Automotive Group, LLC, and Planet Automotive Group Hickory, LLC


CLARK HILL PLC

By:    */s/ Christopher B. Clare (w/permission)*
      Christopher B. Clare (N.C. # 39582)
      1001 Pennsylvania Ave. NW
      Suite 1300 South
      Washington, D.C. 20004
      T: (202) 572-8671
      cclare@clarkhill.com
      Counsel for Helm Technologies, LLC

Dated: February 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*s/ Christopher E. Roberts*
